**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

        Plaintiff,

v.

Suleman Yusuf Mohamed (2),

        Defendant.

Case No.  24-cr-15 (NEB/DTS)


**MOTION TO WITHDRAW**

---

      The undersigned counsel moves the Court for permission to withdraw as counsel of record for Defendant. The government does not oppose this motion. The reasons for this motion are set forth in a separate affidavit that will be filed under seal.


Dated: May 15, 2025

**RATKOWSKI LAW PLLC**

By:  /s/ Nico Ratkowski
Nico Ratkowski, #0400413
332 Minnesota St., STE W1610
St. Paul, MN 55101
Phone: (651) 755-5150
nico@ratkowskilaw.com

***Attorney for Defendant***