# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SULEMAN YUSUF MOHAMED,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:    24-cr-15 (2) (NEB/DTS)<br>Date:    March 20, 2026<br>Court Reporter:    Renee Rogge<br>Courtroom:    13W<br>Time Commenced:    9:15 a.m.<br>Time Concluded:    9:17 a.m.<br>Time in Court:    2 minutes |

APPEARANCES:
  Plaintiff:      Rebecca Kline and Matthew Evans, Assistant U.S. Attorneys
  Defendant:     Wyatt Arneson, CJA Appointed Attorney

PROCEEDINGS:

The Change of Plea Hearing is continued to 3/26/26 at 8:30 a.m. in Courtroom 13W in the Minneapolis Federal Courthouse before Judge Nancy E. Brasel.


Date: March 20, 2026                         s/Kristine Wegner
                                             Courtroom Deputy to Judge Nancy E. Brasel