PS 8
(Rev 5/10)

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

Filed Under Seal

U.S.A. vs. Suleman Yusuf Mohamed        Docket No. 0864 0:24CR00015-002(NEB)

### Petition for Action on Conditions of Pretrial Release

COMES NOW Nicole Smith, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Suleman Yusuf Mohamed** who was released under pretrial supervision by the Honorable <u>David T. Schultz</u>, sitting in the Court at <u>Minneapolis</u> on the 6th day of February, 2024, under the following standard and special conditions, in part:

- Pretrial Services Supervision
- No Illegal Use of Controlled Substances
- Submit to Substance Abuse Testing and No Tampering with Testing
- Residential Requirements/Restrictions
- Must Not Violate Any Federal, State, or Local Law

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 11, 2026, Mohamed's pretrial supervision was transferred to the undersigned officer.

On March 20, 2026, and March 26, 2026, Mohamed reported to the U.S. Probation and Pretrial Services Office (Probation Office herein) for urine analysis tests, which yielded presumptive positive results for cocaine and Oxycodone. Mohamed admitted to Oxycodone and cocaine on March 18, 2026, and March 23, 2026, respectively.

On March 30, 2026, Mohamed reported to the Probation Office for a urine analysis test, which yielded a presumptive positive result for Oxycodone. Mohamed admitted to use of Oxycodone on March 27, 2026.

As to his use of Oxycodone, Mohamed did not report having a valid prescription.

The above actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

Petition for Action on Conditions of Pretrial Release                RE: Suleman Yusuf Mohamed
Page 2

PRAYING THAT THE COURT WILL ORDER: that a warrant be issued for the defendant's arrest and a hearing be held to show cause why his pretrial release should not be revoked.

<table>
<tr><td>ORDER OF THE COURT</td><td>I declare under penalty of perjury that the foregoing is true and correct.</td></tr>
</table>

ORDER OF THE COURT

Considered and ordered this ____30th_____ day of ___March _____, 2026, and ordered filed and made a part of the records in the above case.

        s/Nancy E. Brasel

Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Nicole Smith

Nicole Smith
Deputy Chief U.S. Probation Officer
612-664-5373

Executed on      March 30, 2026

Place             Minneapolis