AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | | |
|---|---|---|
| United States of America<br>V. | ) ) ) | Case No. <u>24cr15(02)NEB</u> |
| Suleman Yusuf Mohamed, | ) ) ) ) | |
| *Defendant* | | |

**ARREST WARRANT**

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* <u>Suleman Yusuf Mohamed,                                                                </u>,
who is accused of an offense or violation based on the following document filed with the court:

◯ Indictment    ◯ Superseding Indictment    ◯ Information    ◯ Superseding Information    ◯ Complaint
◯ Probation Violation Petition    ◯ Supervised Release Violation Petition    ◯ Violation Notice    ◯ Order of the Court
This offense is briefly described as follows:        ⦿ Pretrial Release Violation Petition

Violation of Pretrial Release

Date: <u>March 30, 2026</u>

City and state: <u>Minneapolis, MN</u>

*Issuing officer's signature*

<u>        Kate M. Fogarty, Clerk of Court        </u>
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at (city and state) _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Suleman Yusuf Mohamed,

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____          Weight: _____

Sex: _____          Race: _____

Hair: _____          Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: ____

_____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone number (office and cell) of pretrial services or probation officer (if applicable): _____

Date of last contact with pretrial services or probation officer (if applicable): _____