**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REVOCATION

United States of America,

        Plaintiff,

v.

Suleman Yusuf Mohamed,

        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: ELIZABETH COWAN WRIGHT
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 24-cr-15 (NEB/DTS) |
| Date: | March 30, 2026 |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 2:05 p.m. |
| Time Concluded: | 2:11 p.m. |
| Time in Court: | 6 minutes |

APPEARANCES:

  Plaintiff: Albania Concepcion, Assistant U.S. Attorney
  Defendant: Wyatt Arneson
      X CJA       X To be appointed

Date Charges Filed: March 30, 2026      Offense: failed drug tests.

X Waived Reading of Charges      X Advised of Rights

on    Violation of  X Pre-trial Release

X Detention hearing waived.
X Defendant Ordered Detained. Government to submit proposed order.

X Probable cause found. Defendant bound over to District Court of Minnesota.

Additional Information:
X Consular notice read on the record.

_____
*s/ms*
Signature of Courtroom Deputy